**LIEN Book 2227 Page 669**



# Bobbie Holsclaw

## Jefferson County Clerk's Office

As evidenced by the instrument number shown below, this document
has been recorded as a permanent record in the archives of the
Jefferson County Clerk's Office.

**INST # 2020159202**
**BATCH # 242631**
JEFFERSON CO, KY FEE $46.00
PRESENTED ON: 08-07-2020 0 02:24:30 PM
LODGED BY: simplifile
RECORDED: 08-07-2020 02:24:30 PM
BOBBIE HOLSCLAW
CLERK
BY: TINK BROWN
INDEXING SUPERVISOR

**BK: L 2227**
**PG: 669-672**

527 W Jefferson St ~ Louisville, KY 40202  (502) 574-5700
Website: www.jeffersoncountyclerk.org | Email: countyclerk@jeffersoncountyclerk.org

LIEN Book 2227 Page 670

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-23279-RNS

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ALL RIGHT TO AND INTEREST IN PNC
CORPORATE PLAZA HOLDINGS LLC HELD,
CONTROLLED, OR ACQUIRED, DIRECTLY
OR INDIRECTLY, BY OPTIMA CBD
INVESTMENTS LLC AND/OR CBD 500 LLC,
INCLUDING ANY INTEREST HELD IN OR
SECURED BY THE REAL PROPERTY AND
APPURTENANCES LOCATED AT 500 WEST
JEFFERSON STREET, LOUISVILLE, KY 40202;
ANY RIGHT TO COLLECT AND RECEIVE ANY
PROFIT, RENT, INCOME, AND PROCEEDS
THEREFROM; AND ANY INTEREST DERIVED
FROM THE PROCEEDS INVESTED IN PNC
CORPORATE PLAZA HOLDINGS LLC BY OPTIMA
CBD INVESTMENTS LLC AND/OR CBD 500 LLC,

Defendant.
_____/

## NOTICE OF LIS PENDENS

GRANTEE(S): 500 WEST JEFFERSON STREET, LLC, a Delaware limited liability company, with an address of 500 West Jefferson Street, Louisville, KY 40202.

TO:    ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER EITHER THE DEFENDANT AND/OR GRANTEE any interest in the real property described hereinunder.

NOTICE IS HEREBY GIVEN, pursuant to the provisions of F.S. § 48.23, as made

applicable hereto by the provisions of 28 U.S.C. § 1964, that on August 6, 2020, the United States

of America filed a Complaint for Forfeiture In Rem in the United States District Court for the

Southern District of Florida, seeking the forfeiture of **Real Property located at 500 West**

**Jefferson Street Louisville, Kentucky 40202**, including all buildings, improvements, fixtures,

LIEN Book 2227 Page 671

attachments and easements found therein or thereon, pursuant to 18 U.S.C. § 981(a)(1)(C) and 18

U.S.C. § 981(a)(1)(A).   The real property and premises affected by this action are more

particularly described as:

> **Beginning at the intersection of the South line of Jefferson Street with the West line of 5th Street, said point being witnessed by a cross cut at 5 feet north and 5 feet west; thence with said West line of 5th Street, South 08'45'25" West, 210.00 feet to its intersection with the North line of Liberty Street; thence with said North line of Liberty Street, north 80'59'05" West, 240.00 feet to a point in same; thence leaving the North line and with a line parallel with the West line of 5th Street aforesaid, North 08'45'25" East 210.00 feel to its intersection with the South line of Jefferson Street aforesaid; thence with said South line, South so· 59'05" East, 240.00 feet to the point of beginning.**

> **Being the same property acquired by JEFFERSON CORPORATE CENTER LLC, a Delaware limited liability company and LOUISVILLE BROOKDALE PARTNERS LLC, a Delaware limited liability company, as Tenants-in-Common, by Special Warranty Deed, dated February 27, 2007, of record ion Deed Book 8994, Page 229, in the Office of the Clerk of Jefferson County, Kentucky.**

Information concerning this action may be obtained from the records of the Clerk of Court

for the United States District Court at Miami-Dade County, Florida.

Respectfully submitted,

Dated: August 6, 2020

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY:

Adrienne E. Rosen
Assistant United States Attorney
Court ID No. A5502297
U.S. Attorney's Office
99 Northeast Fourth Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9338
Adrienne.Rosen@usdoj.gov

**LIEN Book 2227 Page 672**



**U.S. Department of Justice**

United States Attorney
Southern District of Florida

---

*99 N.E. 4 Street*
*Miami, FL 33132*
*(305) 961-9100 - Telephone*
*(305) 530-6444 - Facsimile*

August 7, 2020

The attached Notice of Lis Pendens was prepared by the undersigned, Adrienne E. Rosen.

Adrienne E. Rosen
Assistant United States Attorney
Court ID No. A5502297
U.S. Attorney's Office
99 Northeast Fourth Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9338
Adrienne.Rosen@usdoj.gov

**END OF DOCUMENT**