UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-23279-RNS

**UNITED STATES OF AMERICA,**

          **Plaintiff,**

vs.

**ALL RIGHT TO AND INTEREST IN PNC CORPORATE PLAZA HOLDINGS LLC HELD, CONTROLLED, OR ACQUIRED, DIRECTLY OR INDIRECTLY, BY OPTIMA CBD INVESTMENTS LLC AND/OR CBD 500 LLC, INCLUDING ANY INTEREST HELD IN OR SECURED BY THE REAL PROPERTY AND APPURTENANCES LOCATED AT 500 WEST JEFFERSON STREET, LOUISVILLE, KY 40202; ANY RIGHT TO COLLECT AND RECEIVE ANY PROFIT, RENT, INCOME, AND PROCEEDS THEREFROM; AND ANY INTEREST DERIVED FROM THE PROCEEDS INVESTED IN PNC CORPORATE PLAZA HOLDINGS LLC BY OPTIMA CBD INVESTMENTS LLC AND/OR CBD 500 LLC,**

          **Defendant.**
_____/

## ORDER

THIS MATTER is before the Court on Motion of the United States to unseal Docket Entries 4 and 5. The Court has considered the Motion, is otherwise advised of the premises, and it is hereby ORDERED that the Clerk of the Court shall unseal Docket Entries 4 and 5.

**Done and ordered** at Miami, Florida on August __, 2020.

                                        _____
                                        Robert N. Scola, Jr.
                                        United States District Judge

CC: Clerk of the Court, AUSA Adrienne Rosen, Trial Attorney Shai Bronshtein