UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

 Plaintiff,

v.                     **Case No.: 1:20-cv-23278-MGC**

REAL PROPERTY LOCATED AT 7505 AND 7171
FOREST LANE, DALLAS, TEXAS 75230, WITH ALL
APPURTENANCES, IMPROVEMENTS, AND
ATTACHMENTS THEREON, AND ANY RIGHT TO
COLLECT AND RECEIVE ANY PROFIT, RENT,
INCOME, AND PROCEEDS THEREFROM,

 Defendant,
_____/

UNITED STATES OF AMERICA,

 Plaintiff,

v.                     **Case No.: 1:20-cv-23279-MGC**

ALL RIGHT TO AND INTEREST IN PNC
CORPORATE PLAZA HOLDINGS LLC HELD,
CONTROLLED, OR ACQUIRED, DIRECTLY OR
INDIRECTLY, BY OPTIMA CBD INVESTMENTS
LLC AND/OR CBD 500 LLC, INCLUDING ANY
INTEREST HELD IN OR SECURED BY THE REAL
PROPERTY AND APPURTENANCES LOCATED
AT 500 WEST JEFFERSON STREET, LOUISVILLE,
KY 40202, *et al.*,

 Defendants,
_____/

UNITED STATES OF AMERICA,

 Plaintiff,

v.                     **Case No.: 1:20-cv-25313-MGC**

REAL PROPERTY LOCATED AT 55 PUBLIC SQUARE,
CLEVELAND, OHIO, WITH ALL APPURTENANCES,
IMPROVEMENTS, AND ATTACHMENTS THEREON,
AND ANY RIGHT TO COLLECT AND RECEIVE ANY
PROFIT, RENT, INCOME, AND PROCEEDS
THEREFROM,

Defendant,
_____/

## ORDER CONSOLIDATING CASES

THIS MATTER is before me on an independent review of the record. These are three related actions for forfeiture in rem. The government seeks to forfeit assets that allegedly facilitated, were involved in, and are traceable to an international conspiracy to launder money embezzled and fraudulently obtained from PrivatBank. On October 8, 2020, the claimants in Case No. 20-cv-23278-Cooke (Korf, Laber, Optima 7171 LLC and Optima Ventures LLC) and the claimants in Case No. 20-cv-23279-Scola (Korf, Laber, Optima CBD 500 LLC and Optima CBD Investments, LLC), requested the Court to transfer both cases to a single judge. On February 3, 2021, Claimants in Case No. 20-cv-25313-Williams (Mordechai Korf, Uriel Laber, Optima 55 Public Square, LLC, and Optima Ventures, LLC) requested the case be transferred to a single judge with the other two related cases. This Court now presides over the three related actions. Accordingly, it is **ORDERED AND ADJUDGED** that these cases shall be **CONSOLIDATED**, as follows:

1.  **1:20-cv-23279-MGC** and **1:20-cv-25313-MGC** are **CONSOLIDATED** with related lower-numbered action, **1:20-cv-23278-MGC** including all claims and causes of action.

2.  Higher-numbered actions **1:20-cv-23279-MGC** and **1:20-cv-25313-MGC** are *administratively* **CLOSED**. All previous orders, deadlines and case schedules filed in those cases are **VACATED,** except the Ex Parte Restraining Order (ECF No, 5) in 1:20-cv-23279-MGC. The Court will rule on the Claimants' Joint Motion to Vacate Ex Parte Restraining Order (ECF No. 22) by separate Order.

3.  All filings going forward shall be filed only in **1:20-cv-23278-MGC.**

**DONE and ORDERED** in chambers at Miami, Florida, this 24th day of February 2021.

_____
MARCIA G. COOKE
United States District Judge